AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

ANTONIO BREAKMAN,

    Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-CV-00004-ECR-RAM**

STATE OF NEVADA, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.


  February 9, 2011                            **LANCE S. WILSON**
                                                   Clerk


                                                    /s/ D.R. Morgan
                                                    Deputy Clerk